

# CARLSON, CASPERS, VANDENBURGH & LINDQUIST
INTELLECTUAL PROPERTY LITIGATION & COUNSELING

January 13, 2010

Alan G. Carlson
Direct Dial: 612-436-9616
E-mail: acarlson@ccvl.com



Clerk, U.S. District Court
District of New Nevada
333 Las Vegas Blvd South
Las Vegas, NV 89101

Re: ***CFTC v. Cook, et al.***, Misc. Case No. 2:09-ms-00103-NA
Related Case: Civil Case No. 09-cv-3332 (MJD/JJK)
United States District Court for the District of Minnesota

Dear Clerk of Court:

On November 23, 2009, the Honorable Michael J. Davis, Chief Judge for the United States District Court, District of Minnesota, entered an *Ex Parte* Statutory Restraining Order in *CFTC v. Cook, et. al.*, Civil Case No. 09-cv-3332 (MJD/JJK), whereby R.J. Zayed was appointed as temporary Receiver ("Receiver") for the Defendants and their affiliates and subsidiaries, and all funds, properties, premises, accounts and other assets directly or indirectly owned, beneficially or otherwise, by the Defendants individually or collectively, including, but not limited to, investors' funds, for the purpose of marshalling, preserving, accounting for, and liquidating the assets that are subject to that Order.

Pursuant to 28 USCS § 754, the receiver shall ". . . file copies of the complaint and such order of appointment [of the receiver] in the district court for each district in which property is located."

Accordingly, the receiver complied with the statutory requirements and sent a letter dated December 3, 2009 to you, enclosing copies of the Complaint and Order as entered in the District of Minnesota, along with a check for the filing fee, and requesting that a new case be opened in your district court.

We want to advise you that no further action is required in this matter and that you should close it.

Should you have any further questions regarding this matter, please feel free to contact Rhonda Firner at (612) 436-9641 or by email at: rfirner@ccvl.com.

Thank you in advance for your courtesy in this regard.

A Professional Corporation

225 South Sixth Street, Suite 3200, Minneapolis, MN 55402
Tel. 612.436.9600 Fax. 612.436.9605 www.ccvl.com

January 13, 2010
Page 2

Very truly yours,

*Alan Carlson /rdf*

Alan G. Carlson

AGC:RJZ:rdf

cc:    John E. Birkenheier
        Robyn A. Millenacker
        Susan Gradman